# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2014

## NO. 03-12-00188-CV

**National Media Corporation and Anchor Equities, Ltd., Appellants**

**v.**

**City of Austin, Appellee**

### APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PURYEAR AND GOODWIN
### REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on June 13, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.